No. 77–459. HAAS v. UNITED STATES. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of the position presentedly asserted by the Solicitor General in his memorandum filed December 22, 1977. 

No. 77–508. GTE SYLVANIA, INC., ET AL. v. CONSUMERS UNION OF THE UNITED STATES, INC., ET AL. C. A. D. C. Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of the permanent injunction entered by the United States District Court for the District of Delaware on December 8, 1977. ·

No. 77–631. COSTLE, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY, ET AL. v. REPUBLIC STEEL CORP. ET AL. C. A. 6th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of Pub. L. 95–217, 91 Stat. 1566 (Dec. 27, 1977). 

No. 76–653. ALLIED-GENERAL NUCLEAR SERVICES ET AL. v. NATURAL RESOURCES DEFENSE COUNCIL, INC., ET AL.;

No. 76–762. COMMONWEALTH EDISON CO. ET AL. v. NATURAL RESOURCES DEFENSE COUNCIL, INC., ET AL.;

No. 76–769. WESTINGHOUSE ELECTRIC CORP. v. NATURAL RESOURCES DEFENSE COUNCIL, INC., ET AL.; and

No. 76–774. BALTIMORE GAS & ELECTRIC CO. ET AL. v. NATURAL RESOURCES DEFENSE COUNCIL, INC., ET AL. C. A. 2d Cir. [Certiorari granted 430 U. S. 944.] Judgment vacated and cases remanded to consider question of mootness. MR. JUSTICE STEWART and MR. JUSTICE POWELL took no part in the consideration or decision of these cases. Reported below: 539 F. 2d 824.